Gerald A. LECHLITER, Plaintiff Below, Appellant,

v.

DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL, Collin O'Mara, David Small, Charles Salkin, City of Lewes, University of Delaware, Patrick T. Harker, Scott R. Douglass, Nancy M. Targett, Blue Hen Wind, Inc., First State Marine Wind, LLC, and Gamesa Technology Corporation, Inc., Defendants Below, Appellees.

No. 104, 2016

Supreme Court of Delaware.

Submitted: June 10, 2016
Decided: August 22, 2016

Court Below—Court of Chancery of the State of Delaware, C.A. No. 7939

AFFIRMED.

Joshua C. CALLAHAN, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 232, 2016

Supreme Court of Delaware.

Submitted: June 28, 2016
Decided: August 22, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 0911003857

GRANTED. AFFIRMED.

Quintin MULDROW, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 376, 2015

Supreme Court of Delaware.

Submitted: June 17, 2016
Decided: August 23, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1310002191

AFFIRMED.

William Joseph WEBB Jr., Petitioner Below, Appellant,

v.

Steven WESLEY, Respondent Below, Appellee.

No. 155, 2016

Supreme Court of Delaware.

Submitted: June 20, 2016
Decided: August 24, 2016

Court Below: Superior Court of the State of Delaware, C.A. No. N16M-02-191

AFFIRMED.